IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **RICHARD MILEY,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DEBORAH GONZALEZ,**<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**3:24-cv-00091-TES** |

**ORDER**

Plaintiff Richard Miley filed this action on September 10, 2024, seeking—in part—an emergency interlocutory injunction regarding Defendant Deborah Gonzalez's practices on social media platforms. Specifically, Plaintiff alleges that Defendant deletes and blocks users from her official District Attorney pages based on their opposing viewpoints.

Based on the emergency nature of the requested relief, the Court **ORDERS** Plaintiff to **IMMEDIATELY** serve Defendant with a copy of the Complaint [Doc. 1] and Summons [Doc. 2]. The Court will hold a preliminary injunction hearing on October 7, 2024, at 2:00 p.m. at the Federal Courthouse in Athens, Georgia.

**SO ORDERED**, this 11th day of September, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**