# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **RICHARD MILEY,** *Plaintiff,* v. **DEBORAH GONZALEZ,** *Defendant.* | **CIVIL ACTION NO.** **3:24-cv-00091-TES** |

## ORDER

On October 7, 2024, the parties filed a Notice of Settlement [Doc. 6] informing the Court that Plaintiff Richard Miley accepted Defendant Deborah Gonzalez's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. [Doc. 6, p. 6]. In the filed Notice, Plaintiff included the offer and notice of acceptance, along with a certificate of service as required by Rule 68. Fed. R. Civ. P. 68(a); *see generally* [Doc. 6]. Accordingly, the Clerk of Court is directed to **ENTER JUDGMENT** in favor of Plaintiff in the amount of $1.00, plus costs,[1] and **CLOSE** this case.

**SO ORDERED**, this 9th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] There shall be no attorneys' fees award. *See* [Doc. 6, p. 6].